# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS'
LOCAL 324 PENSION FUND, OPERATING
ENGINEERS' LOCAL 324 HEALTH CARE PLAN,
OPERATING ENGINEERS' LOCAL 324 VACATION
& HOLIDAY FUND, OPERATING ENGINEERS'                    *Consent Judgment*
LOCAL 324 RETIREE BENEFIT FUND, OPERATING
ENGINEERS' LOCAL 324 JOURNEYMAN AND
APPRENTICE TRAINING FUND, and OPERATING
ENGINEERS' LOCAL 324 DEFINED CONTRIBUTION
PLAN, Trust Funds Established and Administered
Pursuant to Federal Law,

                                               Case No. 2:26-cv-10850
             Plaintiffs,                 Hon. F. Kay Behm
v.                                   Mag. Judge Curtis Ivy, Jr.

KAZEMIER CONTRACTING, LLC, a Michigan
limited liability corporation; and CHARLES
KAZEMIER, Individually,

             Defendants.

---

***AsherKelly, PLLC***
David J. Selwocki (P51375)
Jacquelyne M. Zolynsky (P83715)
Attorneys for Plaintiffs
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
(248) 746-2759
dselwocki@asherkellylaw.com
jzolynsky@asherkellylaw.com

---

## CONSENT JUDGMENT

Upon Plaintiffs' filing of a Complaint against the Defendants, the parties herein consent to Judgment being entered against Defendants as set forth herein;

**IT IS HEREBY ORDERED** that Judgment is entered against Defendants in the amount of $31,122.56;

**IT IS FURTHER ORDERED** that this Consent Judgment applies only to the Payment Agreement that is being signed contemporaneously with this Consent Judgment which is adopted by reference as if fully stated herein. This Consent Judgment does not pertain to any other amounts that may be determined due at any time.

**IT IS FURTHER ORDERED** that Plaintiffs may only execute on this Judgment in the event of a default of the Payment Agreement as set forth therein;

**IT IS FURTHER ORDERED** that in the event of a default of the Payment Agreement Plaintiffs may move to amend this Judgment within 30 days to include the Plaintiffs' fees and costs, and for the further mandates of 29 U.S.C. § 1132(g)(2) upon further submissions to the Court;

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction of this matter to effectuate the terms of this Consent Judgment.

*This is a final order and closes the case.*

2

**SO ORDERED.**

Date: May 8, 2026

<u>s/F. Kay Behm</u>
F. Kay Behm
United States District Judge

**APPROVED AS TO FORM AND CONTENT:**

Kazemier Contracting, LLC:

By:   <u>*/s/ David J. Selwocki*</u>
David J. Selwocki (P51375)
Attorney for Plaintiffs

By: <u>*/s/ Charles Kazemier*</u>
Its: Owner

Dated: May 7, 2026

Dated: May 7, 2026


By: <u>*/s/ Charles Kazemier*</u>
Charles Kazemier, individually

Dated: May 7, 2026

3